IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RONALD GOODE | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | No. 13-6568 |
| LOUIS GIORLA, et al. | : | |

## **ORDER**

AND NOW, this   30th   day of May, 2014, defendants' "Motion to Dismiss" (doc. no. 10) is granted and plaintiff's complaint is dismissed.[1]

BY THE COURT:

/s/ Edmund V. Ludwig
Edmund V. Ludwig, J.

---

[1] In light of the dismissal of plaintiff's complaint, the following pending motions are denied as moot: plaintiff's motion for class certification (doc. no. 2); plaintiff's motion for appointment of counsel (doc. no. 3); and plaintiff's motion for preliminary injunction (doc. no. 4).